ACCEPTED
04-15-00052-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/1/2016 4:24:55 PM
KEITH HOTTLE
CLERK

# OLIVER LAW FIRM
### ATTORNEYS AT LAW
### 7898 BROADWAY, SUITE 120
### SAN ANTONIO, TEXAS 78209

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

8/1/2016 4:24:55 PM
KEITH E. HOTTLE
Clerk

TELEPHONE
(210) 820-0082

TELECOPIER
(210) 820-0075

August 1, 2016

Clerk, Fourth Court of Appeals
Mr. Keith E. Hottle
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, TX  78205-3037

> RE:  *Billy C. Whitfield and Carolyn Whitfield v. Charles Thomas Ondrej, et al.*, Fourth Court of Appeals No. 04-15-00052-CV; Trial Court Case No. 12-10-00231-CVK in the 81st Judicial District, Karnes County, Texas

Dear Mr. Hottle:

Please be advised that I will be out of the office on vacation from August 31 – September 4, 2016.  I respectfully request that no hearings in the above-referenced cause of action be scheduled during that time.

By copy of this letter, I am notifying counsel of record of my vacation schedule and am requesting that counsel refrain from scheduling any depositions, hearings, or other court appearances during my absence.

Thank you for your assistance in this matter.

Very truly yours,

*/s/ William H. Oliver*
William H. Oliver
SBN:  15265200
wholiver@oliverlawfirmsa.com

WHO/km
cc:  James M. "Jamie" Parker, Jr., Esq. *(Via E-mail* jparker@namanhowell.com*)*
Larry D. Warren, Esq. *(Via E-Mail* lwarren@namanhowell.com*)*
Whitney S. Broadwater, Esq. *(Via E-Mail* wbroadwater@namanhowell.com*)*
Jerry T. Steed, Esq. *(Via E-mail* jtsteed@steedbarkerlaw.com*)*
John R. Lane, Jr., Esq. *(Via E-mail* johnlane@jrl-law.com*)*
Matthew J. Countryman, Esq. *(Via E-mail* mcountryman@jrl-law.com*)*

P:\kmcelwain\wpdocs\Bradley, Karen\Appeal\2016-08-01 Ltr to Appellate Clerk re Vacation.docx
File No.  782.0001